# INITIAL APPEARANCE MINUTES:

| | | | |
|---|---|---|---|
| Time set: | 2:30 | Date: | 1/7/25 |
| Start Time: | 2:32 | Presiding Judge: | Robert J. Krask, USMJ |
| End Time: | 2:36 | Courtroom Deputy: | Titus, B |
| | | Reporter: | FTR-Mag 2 |
| Split Time | ( ) | U.S. Attorney: | Matt Heck, AUSA |
| | | Defense Counsel: | |

( ) Retained ( ) Court appointed ( ) AFPD
Interpreter: _____

Case Number: 2:25mj1
USA v. Dominic Nathaniel Torres

(X) Deft. Present (X) custody ( ) not in custody
(X) Initial Appearance ( ) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition
    ( ) Criminal Information ( ) Rule 5 arrest ( ) Rule 32 arrest (X) Criminal Complaint
( ) Defendant consented to video proceedings. Order entered and filed
(X) Deft. advised of rights, charges and right to counsel
(X) Counsel desired ( ) Defendant to retain: _____
(X) Oral admonition as required by DPPA given to the prosecutor
( ) Defendant's motion to substitute counsel
( ) Order to substitute counsel executed and filed in open court
(X) Financial Affidavit filed in open Court
(X) Court (X) Directed ( ) Denied appointment of counsel
(X) Suzanne Katchmar, AFPD present. FPD appointed in open court
( ) Court directed defendant to reimburse govt. at rate of $_____ per month. Payments to begin and continue each month thereafter until paid in full.
( ) Defendant waived ( ) Removal ( ) Preliminary hearing (In this District only)
( ) Defendant executed Waiver of Removal Hearing ( ) Waiver of Identity Hearing (In this District only)
( ) Waiver of Detention Hearing (In this District only)
( ) Commitment to Another District entered and filed in open court
(X) (X) Preliminary ( ) Removal Hearing set for 1/13/25 at 2:30 before Judge Krask U.S. Magistrate Judge in Mag 2.
( ) Preliminary Hearing ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause
( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of U.S. Marshal for removal to charging district
(X) Government motion for Detention ( ) Government not seeking detention
( ) Government motion to withdraw motion for detention and set bond ( ) Granted ( ) Denied
(X) Detention Hearing scheduled for 1/13/25 at 2:30 before Judge Krask.
( ) Detention Hearing ( ) Held ( ) Waived in _____
(X) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial
( ) Bond set at $ _____
( ) Special Conditions of Release: **(See Page 2)**
(X) Deft. remanded to custody of U. S. Marshal
( ) Warrant returned executed and filed in open court
( ) Defendant is directed to appear on _____ at _____ for
    ( ) Arraignment ( ) SRVH ( ) PVH ( ) Bench Trial
    ( ) Norfolk ( ) Newport News
( ) _____
( ) _____