# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.
DOMINIC NATHANIEL TORRES

Defendant

Case No. 2:25mj1
FID: 11752793
NCIS

**ORIGINAL** **SEALED**

RECEIVED
2025 JAN -7 A 8:50
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION
UNITED STATES MARSHAL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Dominic Nathaniel Torres ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count One: Coercion and Enticement of a Minor in violation of 18 U.S.C. 2422(b)
Count Two: Transfer of Obscene Material to a Minor in violation of 18 U.S.C. 1470

Date: 01/06/2025

*Issuing officer's signature*
ROBERT J. KRASK
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and state: Norfolk, Virginia

### Return

This warrant was received on *(date)* 06JAN25 , and the person was arrested on *(date)* 07JAN25
at *(city and state)* Norfolk, VA .

Date: 07JAN25

*Arresting officer's signature*

Tiffany Martinez Special Agent
*Printed name and title*